# Exhibit A

| Department of Homeland Security | | Form I-797C, Notice of Action |
|---|---|---|
| U.S. Citizenship and Immigration Services | | |



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| IOE0915985374 | | I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** | **Priority Date** | **Petitioner** |
| 04/18/2022 | 04/18/2022 | SCHAAF, MARK DOUGLAS |
| **Notice Date** | **Page** | **Beneficiary** A204 610 820 |
| 04/11/2025 | 1 of 1 | CHEN, HONGMEI |

SCHAAF, MARK DOUGLAS
c/o CHEN, BAOLIN
CHEN AND MU
1255 NW 9TH AVE STE 115
PORTLAND OR 97209

**Notice Type:** Approval Notice
Section: Husband or wife of U.S Citizen, 201(b) INA

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

The above petition has been approved. The petition indicates that the beneficiary wishes to apply for adjustment of status to that of a lawful permanent resident. They should submit a copy of this notice, along with a Form I-485, Application to Register Permanent Residence or Adjust Status. The beneficiary can obtain Form I-485 from the USCIS website at www.uscis.gov, by contacting the USCIS Contact Center at 1-800-375-5283, or by visiting the local USCIS field office. Filing address information can be found on the USCIS website at www.uscis.gov.

If the beneficiary decides to apply for an immigrant visa through consular processing outside the United States based on this petition, you should file Form I-824, Application for Action on an Approved Application or Petition with fee, to ask USCIS to send the petition to the U.S. Department of State National Visa Center (NVC) for consular processing. Please refer to the Form I-824 filing instructions at uscis.gov.

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

# Exhibit B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | April 20, 2022 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A204610820 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0915985373 | April 18, 2022 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| April 18, 2022 | Immediate Relative of U.S. citizen | January 11, 1965 |

**PAYMENT INFORMATION:**

HONGMEI CHEN
C/O BAOLIN CHEN CHEN AND MU ATTORNEYS AT LAW
1255 NW 9TH AVE STE 115
PORTLAND, OR 97209

17 00005932

| Application/Petition Fee: | $1,140.00 |
|---|---|
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19

# Exhibit C



<mark>Department of Homeland Security</mark>
U.S. Citizenship and Immigration Services

<mark>Case 3:26-cv-00337-AN   Document 1-1   Filed 02/20/26   Page 6 of 16</mark>

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date: August 19, 2024 |
|---|---|
| Case Type: FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#: A204 610 820 |
| Receipt Number: IOE0915985373 | Received Date: April 18, 2022 | Priority Date: | Page: 1 of 2 |

HONGMEI CHEN
c/o BAOLIN NMN CHEN
CHEN AND MU ATTORNEYS AT LAW
1255 NW 9TH AVE., STE. 115
PORTLAND OR 97209



Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application. (8 CFR 103.2) You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding can take about two hours. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

*Who should come with you:*
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter.
- Your attorney or authorized representative may come with you to the interview.
- If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:* (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- If required, a completed Form I-693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record.
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of them.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - Your spouse's Birth Certificate;
  - Your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>1455 NW Overton Street, Suite 1<br>Portland, OR 97209 | ON: Friday, September 27, 2024<br>AT: 07:00AM |
|---|---|

1

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 10/13/21

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date<br>August 19, 2024 |
|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A204 610 820 |

| Receipt Number<br>IOE0915985373 | Received Date<br>April 18, 2022 | Priority Date | Page<br>2 of 2 |

- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

**NOTE:** For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your spouse does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occured in the United States.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at as soon as possible, **even if you indicated on your application that you require an accommodation.**

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>1455 NW Overton Street, Suite 2<br>Portland, OR 97209<br><br>2 | ON: Friday, September 27, 2024<br>AT: 07:00AM |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action



**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| REQUEST FOR APPLICANT TO APPEAR FOR INTERVIEW | | | Notice Date<br>April 15, 2025 |
|---|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>A204 610 820 |
| Receipt Number<br>IOE0915985373 | Received Date<br>April 18, 2022 | Priority Date | Page<br>1 of 2 |

HONGMEI CHEN
c/o BAOLIN NMN CHEN
CHEN AND MU ATTORNEYS AT LAW
1255 NW 9TH AVE., STE. 115
PORTLAND OR  97209



A Number

Receipt Number

Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application. (8 CFR 103.2) You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding can take about two hours. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

**Who should come with you:**
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter.
- Your attorney or authorized representative may come with you to the interview.
- If your eligibility is based on a parent/son or daughter relationship and the son or daughter is a minor, the petitioning parent and the son or daughter must appear for the interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- If required, a completed Form I-693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record.
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of them.
- If your eligibility is based on your marriage, in addition to your husband or wife coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - Your husband or wife's Birth Certificate;
  - Your husband or wife's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your husband or wife were ever married before, all divorce decrees/death certificates for each prior marriage;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your husband or wife's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your husband or wife may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car,

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>1455 NW Overton Street, Suite 1<br>Portland, OR  97209 | ON:  Friday, May 09, 2025<br>AT:  10:30AM |
|---|---|

1

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| REQUEST FOR APPLICANT TO APPEAR FOR INTERVIEW | Notice Date: April 15, 2025 |
|---|---|
| Case Type: FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#: A204 610 820 |
| Receipt Number: IOE0915985373 | Received Date: April 18, 2022 | Priority Date: | Page: 2 of 2 |

- house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

**NOTE:** For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your husband or wife does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occured in the United States.

To request a disability accommodation, go to **www.uscis.gov/accommodations** or call the USCIS Contact Center at as soon as possible, **even if you indicated on your application that you require an accommodation.**

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>1455 NW Overton Street, Suite 1<br>Portland, OR 97209 | ON: Friday, May 09, 2025<br>AT: 10:30AM |
|---|---|
| 2 | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C    10/13/21

# Exhibit D

 An official website of the United States government    Here's how you know ⌄    Español   🌐 Multilingual Resources

 U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Response To USCIS' Request For Evidence Was Received

On July 14, 2025, we received your response to our Request for Evidence for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number IOE0915985373. USCIS has begun working on your case again. We will send you a decision or notify you if we need something from you. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

**Enter Another Receipt Number** ⓘ

[EAC1234567890]

**Check Status**

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                  PAPERWORK REDUCTION ACT

## Related Tools

# Exhibit E

REQUESTS FOR ASSISTANCE WITH HONGMEI CHEN'S I-485 PERMANENT RESIDENCY APPLICATION

| Congressional Inquiry | Date of Request | Description |
|---|---|---|
| Rep. Earl Blumenauer, Oregon 3rd Congressional District | 7/12/2024 | Online request for assistance from Mark Schaaf on behalf of his wife, Hongmei Chen, to Rep. Blumenauer's office. |
| | 7/16/2024 | Privacy form filed by Mark Schaaf on behalf of his wife, Hongmei Chen. |
| | 8/14/2024 | Mark Schaaf received an email from Rep. Blumenauer's office informing him that USCIS had responded as follows:<br><br>"*USCIS records confirm that Hongmei's case is still pending at this time. I have reached out to local management and have been told that Hongmei should receive correspondence about her case within the next 90 days. If she has not heard from USCIS within the next 90 days, please reach back to us for an update.*" |
| uscis.dhs.gov | 04/11/2025 | Action: I-130, Petition for Alien Relative, case approved. |
| uscis.dhs.gov | 9/27/2024 | Hongmei Chen 2nd interview at USCIS Portland Field Office. |
| Sen. Ron Wyden | 10/28/2024 | Mark Schaaf contacted Sen. Wyden's office to request assistance. |
| | 10/31/2024 | Sen. Wyden's office emailed Mark Schaaf to inform him that USCIS had replied.  In brief, it said:<br>"*USCIS requires a written privacy release be obtained from the subject of the records before any information is released. We carefully reviewed the privacy release submitted with your inquiry and determined it does not meet our privacy release guidelines. Specifically, the privacy release submitted with your inquiry is dated December 30, 2024. USCIS cannot accept a privacy that is improperly dated for a future date.*" |
| | 10/31/2024 | Mark Schaaf sent a properly dated for to Sen. Wyden's office. |
| | 11/14/2024 | Sen. Wyden's office sent an email to Mark Schaaf informing him that USCIS had responded as follows: |

REQUESTS FOR ASSISTANCE WITH HONGMEI CHEN'S I-485 PERMANENT RESIDENCY APPLICATION

| Congressional Inquiry | Date of Request | Description |
|---|---|---|
| | | *"U.S. Citizenship and Immigration Services (USCIS) records confirm that the case is still pending at this time. Hongmei was reinterviewed by USCIS on <u>October 30, 2024</u>. The case is currently undergoing extended review. USCIS is committed to adjudicating immigration benefits in a timely manner while also ensuring public safety, national security and compliance with all relevant directives. While the processing steps for most applications or petitions are completed quickly, a small percentage of cases have unresolved issues that result in adjudication delays. Although USCIS makes every effort to resolve these as soon as possible, we are unable to speculate when the review process will be completed."*<br><br>MDS Note: USCIS is incorrect. Hongmei was interviewed on September 27, 2024, at the Portland Field Office. We received a letter on 10/30/2024 stating that all required information had been received. |
| Rep. Maxine Dexter, Oregon 3rd Congressional District | 3/28/2025 | Mark Schaaf requested assistance from Rep. Dexter. |
| | 12/17/2025 | Rep. Dexter's office emailed Mark Schaaf to inform him that USCIS had finally responded. Rep. Dexter's office summarized the reply as follows:<br>*"I heard back from USCIS regarding your case. They confirmed that your application is still pending and currently in their processing queue. While most cases move quickly, some take longer due to additional review requirements. USCIS assured us that your case has not been overlooked and remains under active consideration. You can continue to monitor your case status online through the USCIS case [status portal](status portal)."* |

PAGE 2 OF 2

# Exhibit F

**CHEN & MU**
**Attorneys at Law**
**1255 NW 9th Ave., Suite 115**
**Portland OR, 97209**
**Phone (503) 222-3384**
**Fax (503) 296-5821**

04/23/24

USCIS

| | |
|---|---|
| Re: | I-130 petition by Mr. Mark SCHAAF on behalf of Mrs. Hongmei CHEN with concurrent I-485 application by Mrs. Hongmei CHEN |
| A#: | 208474382 |
| I-130 Receipt #: | IOE0915985374 |
| I-485 Receipt #: | IOE0915985373 |

Dear Director:

We would like to request expedited processing of the I-130 Alien Relative Petition filed by Mr. Mark SCHAAF for Mrs. Hongmei CHEN, and Mrs. Hongmei CHEN's I-485 Adjustment of Status Application as a spouse of a U.S. Citizen.

This case has been pending since April 18, 2022, for over two years. USCIS has conducted a home visit to Mr. SCHAAF and Ms. CHEN's home. However, there is still no progress in the case. Mr. SCHAAF and Ms. CHEN are clearly in a bona fide marital relationship. Please see the evidence submitted to Ms. CHEN's USCIS online account. There is no reason for such an extensive delay in this case. Please expedite this case and schedule an interview as soon as possible.

Thank you for your time and cooperation. Should you have any questions, please feel free to contact me.

Sincerely,

Baolin Chen
Attorney at Law
baolinchen@usworkingvisa.com